1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for the Plaintiffs

5

6

7                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                           (OAKLAND DIVISION)
9

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CANYON SPRINGS ENTERPRISES DBA RSH CONSTRUCTION SERVICES., et al.,<br><br>Defendants. | Case No.: C 06-4451 SBA<br><br>**STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE**<br>**[Federal Rule of Civil Procedure 41(a)(1)]** |

Plaintiffs GIL CROSTHWAITE, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT

---

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE;
ORDER THEREON;
Case No. C 06-4451 SBA

- 1

ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND ("Operating Engineers Trust Funds"), and Defendant SURETY COMPANY OF THE PACIFIC stipulate and agree to the following:

1.  In light of the complaint for interpleader filed in the Solano County Superior Court, Case Number 06 FCM094656 relating to the Plaintiffs' claim against Defendant SURETY COMPANY OF THE PACIFIC, the above-captioned matter is dismissed without prejudice pursuant to Federal Rule of Procedure 41(a)(1) as to Defendant SURETY COMPANY OF THE PACIFIC.

2.  Each party will bear their own attorneys' fees and costs relating to this proceeding.

Dated this 10th day of October of 2006

                OPERATING ENGINEERS LOCAL UNION NO. 3
                TRUST FUNDS – MULTI-SERVICES

                By:_____/s_____
                    TRACY L MAINGUY
                    ATTORNEY FOR PLAINTIFFS

Dated this 12th day of October of 2006

                LAW OFFICES OF GEISSLER AND NIMOY
                By:_____/s_____
                    STEVEN S. NIMOY

//////

STIPULATION TO DISMISS DEFENDANT SURETY COMPANY OF THE PACIFIC WITHOUT PREJUDICE; ORDER THEREON;
Case No.  C 06-4451 SBA

- 2 -

**ORDER**

Based upon the above-stated stipulation for dismissal of action without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed without prejudice as to Defendant SURETY COMPANY OF THE PACIFIC.

IT IS SO ORDERED.

Dated: 11/1/06

    _____
    SAUNDRA BROWN ARMSTRONG
    HON. UNITED STATES DISTRICT COURT JUDGE