| | |
|---|---|
| 1 | RONALD W. BROWN, ESQ. (SBN 107340) |
| 2 | ROBERT L. BOUCHER, ESQ. (SBN 244760) <br> COOK BROWN, LLP <br> 555 CAPITOL MALL, SUITE 425 |
| 3 | SACRAMENTO, CALIFORNIA 95814 <br> TELEPHONE NO.: 916-442-3100 |
| 4 | |
| 5 | Attorneys for Defendant CANYON SPRINGS <br> ENTERPRISES d/b/a RSH CONSTRUCTION <br> SERVICES |
| 6 | |
| 7 | MICHELE R. STAFFORD, ESQ. (SBN 172509) <br> SALTZMAN AND JOHNSON LAW CORPORATION <br> 120 HOWARD ST STE 520 |
| 8 | SAN FRANCISCO, CA 94105-1620 |
| 9 | Attorneys for Plaintiffs GIL CROSTHWAITE and <br> RUSS BURNS |
| 10 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| 14 | GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE, | Case No. C 06-4451 SBA <br><br> **STIPULATION CONTINUING DATE OF MEDIATION; [PROPOSED] ORDER THEREON** <br><br> Action E-Filed: December 12, 2006 |
| 25 | Plaintiffs, <br> v. | |
| 26 | CANYON SPRINGS ENTERPRISES DBA RSH CONSTRUCTION SERVICES; and ROBERT STANLEY HAMILTON, | |
| 28 | Defendants. | |

**STIPULATION REGARDING DATE OF MEDIATION; [PROPOSED] ORDER THEREON**

StipForSecondMediationExtension_6-15-07    1

Plaintiffs and Defendants hereby stipulate and agree that the Court ordered mediation relating to the above-referenced matter will be continued until some date before August 30, 2007, mutually agreeable to the parties and to the mediator, at a location to be determined. This is the second extension to which parties have stipulated and the date is beyond the ninety day deadline stated in the Court's scheduling order. However, the parties believe that delaying the mediation until the above-stated date is in the best interest of all parties and will promote judicial economy.

On June 19, 2007, counsel for each party discussed the matter by telephone. On or about June 2007, prior counsel for Plaintiffs, Ms. Mainguy, took an extended medical leave of absence, about which Defendants have just been informed. Ms. Mainguy referred the case to Plaintiffs' new counsel, Michele Stafford at Saltzman & Johnson, who has substituted in on June 15, 2007. Additionally, Defendant Hamilton had inadvertently mis-scheduled upcoming travel and will be unavailable on the date of the currently scheduled mediation. At the conclusion of the phone call, parties agreed that the best interests of all would be served by continuing the mediation a few weeks from its currently scheduled date.

**RESPECTFULLY SUBMITTED**.

Dated: June 20, 2007       COOK, BROWN LLP

By: _____/S/_____
ROBERT L. BOUCHER
Attorney for Defendant CANYON SPRINGS
ENTERPRISES d/b/a RSH CONSTRUCTION
SERVICES

Dated: June 20, 2007       SALTZMAN & JOHNSON

By: _____/S/_____
MICHELE R. STAFFORD
Attorney for Plaintiffs GIL CROSTHWAITE and
RUSS BURNS

I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED DOCUMENT.

**ORDER**

Based upon the above-stated stipulation, the parties are ordered to appear at the mediation relating to the above-referenced matter at a date mutually agreeable to the parties and the mediator but before August 30, 2007 a location to be determined.

Dated: 6/22/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
HON. UNITED STATES DISTRICT COURT JUDGE