RONALD W. BROWN, ESQ. (SBN 107340)
ROBERT L. BOUCHER, ESQ. (SBN 244760)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100

Attorneys for Defendant CANYON SPRINGS
ENTERPRISES d/b/a RSH CONSTRUCTION
SERVICES

MICHELE R. STAFFORD, ESQ. (SBN 172509)
SALTZMAN AND JOHNSON LAW CORPORATION
120 HOWARD ST STE 520
SAN FRANCISCO, CA 94105-1620

Attorneys for Plaintiffs GIL CROSTHWAITE and
RUSS BURNS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> CANYON SPRINGS ENTERPRISES DBA RSH CONSTRUCTION SERVICES; and ROBERT STANLEY HAMILTON, <br><br> Defendants. | Case No. C 06-4451 SBA <br><br> **[PROPOSED] ORDER CONTINUING DATE OF MEDIATION** <br><br> Action E-Filed:  December 12, 2006 |

M:\KDB\8083\Pleadings\Order.2nd.MediationExt.doc                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the parties' stipulation of June 20, 2007, they are ordered to appear at the mediation relating to the above-referenced matter at a date mutually agreeable to the parties and the mediator but before October 31, 2007 a location to be determined.

Dated: _7/6/07_____

_____
SAUNDRA BROWN ARMSTRONG
HON. UNITED STATES DISTRICT COURT JUDGE

M:\KDB\8083\Pleadings\Order.2nd.MediationExt.doc

[PROPOSED] ORDER CONTINUING DATE OF MEDIATION
2