Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Ronald W. Brown, Esq. (SBN 107340
Robert L. Boucher, Esq. (SBN 244760)
COOK BROWN LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
(916) 442-3100
(916) 442-4227–Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>     Plaintiffs,<br><br>v.<br><br>CANYON SPRINGS ENTERPRISES, et al.<br><br>     Defendants. | Case No.:  C06-4451 SBA<br><br>**REQUEST FOR ORDER ON NEW MEDIATION DATE AND RELATED DEADLINES** |

   1.   Submitted herewith as *Exhibit A* is a proposed Order for Pretrial Preparation.

   2.   A new mediation date of January 31, 2008, has been confirmed with the mediator and between both parties.

///

///

-1-
REQUEST FOR ORDER ON NEW MEDIATION DATE
Case No.: C06-4451 SBA

3. Settlement discussions between the two parties are ongoing.

Respectfully submitted,

Date: October 17, 2007                SALTZMAN AND JOHNSON
                                      LAW CORPORATION


                                      _____/s/_____
                                      Michele R. Stafford
                                      Attorneys for Plaintiffs


## ORDER

Good cause appearing, the Mediation date is hereby extended to January 31, 2008, and all previously set Court deadlines, including those for discovery and motions, are hereby extended per the Order for Pretrial Preparation.

IT IS SO ORDERED.

Date: 10/31/07                        _____
                                      UNITED STATES DISTRICT COURT JUDGE