| | |
|---|---|
| 1 | RONALD W. BROWN, ESQ. (SBN 107340)<br>ROBERT L. BOUCHER, ESQ. (SBN 244760) |
| 2 | COOK BROWN, LLP<br>555 CAPITOL MALL, SUITE 425 |
| 3 | SACRAMENTO, CALIFORNIA 95814<br>TELEPHONE NO.: 916-442-3100 |
| 4 | |
| 5 | Attorneys for Defendant CANYON SPRINGS<br>ENTERPRISES d/b/a RSH CONSTRUCTION<br>SERVICES |
| 6 | |
| 7 | MICHELE R. STAFFORD, ESQ. (SBN 172509)<br>SALTZMAN AND JOHNSON LAW CORPORATION |
| 8 | 120 HOWARD ST STE 520<br>SAN FRANCISCO, CA 94105-1620 |
| 9 | Attorneys for Plaintiffs GIL CROSTHWAITE and |
| 10 | RUSS BURNS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br>v.<br><br>CANYON SPRINGS ENTERPRISES DBA RSH CONSTRUCTION SERVICES; and ROBERT STANLEY HAMILTON,<br><br>Defendants. | Case No. C 06-4451 SBA<br><br>[PROPOSED] ORDER CONTINUING DATE OF MEDIATION<br><br>Action E-Filed: December 12, 2006 |

[PROPOSED] ORDER CONTINUING DATE OF MEDIATION

M:\KDB\8083\Pleadings\Order.2nd.MediationExt.doc        1

# ORDER

Based upon the parties' stipulation of June 20, 2007, they are ordered to appear at the mediation relating to the above-referenced matter at a date mutually agreeable to the parties and the mediator but before October 31, 2007 a location to be determined.

Dated: 7/6/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
HON. UNITED STATES DISTRICT COURT JUDGE

M:\KDB\8083\Pleadings\Order.2nd.MediationExt.doc

[PROPOSED] ORDER CONTINUING DATE OF MEDIATION
2